JUDGE COTE

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Jennifer Smith Finnegan
Susan L. Swatski
jfinnegan@herrick.com
sswatski@herrick.com
Attorneys for the Defendant Bridgestone Firestone North American Tire, LLC

'08 CIV 7573



RECEIVED
AUG 27 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SELECTIVE INSURANCE COMPANY OF          : Civil Action No. 08-CV-7573
AMERICA a/s/o GEORGE ELLIS,             :     (DLC) (DFE)
                                        :                        ECF Case
              Plaintiff,                : **RULE 7.1 STATEMENT**
                                        :
      -against-                         :
                                        :
BRIDGESTONE FIRESTONE NORTH             :
AMERICAN TIRE, LLC,                     :
                                        :
              Defendant.                :
------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Bridgestone Firestone North American Tire, LLC ("Firestone"), a private (non-governmental) corporate party states as follows:

    Firestone is wholly-owned by Bridgestone Americas Holding, Inc. Bridgestone Americas Holding, Inc. is owned by Bridgestone Corporation, a Japanese entity. Bridgestone Corporation has no parent corporation, and no publicly held company owns ten percent or more of Bridgestone Corporation's stock. Bridgestone Corporation stock is traded on the Tokyo Exchange.

Dated: New York, New York
       August 26, 2008

HERRICK, FEINSTEIN LLP

By: *[signature]*
    Jennifer Smith Finnegan
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Defendant Bridgestone Firestone
North American Tire, LLC