HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Jennifer Smith Finnegan
Susan L. Swatski
jfinnegan@herrick.com
sswatski@herrick.com

Attorneys for the Defendant Bridgestone Firestone North American Tire, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA a/s/o GEORGE ELLIS, | : Electronically Filed |
| Plaintiff, | : Civil Action No.: 08 CV 7573 (DLC) (DFE) |
| -against- | : |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Susan L. Swatski, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted to the practice of law in the United States District Court for the Southern District of New York, do hereby certify that on August 27, 2008, I caused the Notice of Removal with exhibits; Electronic Case Filing Rules and Instructions; Individual Practices of Judge Denise L. Cote; and Individual Practices of Magistrate Judge Douglas F. Eaton to be served by hand

HF 4310283v.1 #00214/0612

delivery upon the following law firm:

>LAMBERT & WEISS
>Attorneys for Plaintiff
>61 Broadway, Suite 2020
>New York, New York  10006

Date:  New York, New York
       August 27, 2008

*/s/ Susan L. Swatski*
Susan L. Swatski, Esq.

HF 4310283v.1 #00214/0612